UNITED STATES of America, Plaintiff–Appellee,

v.

Duvall HUCKS, Defendant–Appellant.

No. 16-6289

United States Court of Appeals, Fourth Circuit.

Submitted: September 7, 2016

Decided: September 14, 2016

Duvall Hucks, Appellant Pro Se. Debra Lynn Dwyer, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duvall Hucks appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hucks, No. 8:95–cr–00267–AW–7 (D. Md. Feb. 2, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

AFFIRMED